2010R00228/AC

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. |
| | : | |
| v. | : | Criminal No. 10-545 (FSH) |
| | : | |
| JOSE RAUL TORRES | : | 21 U.S.C. § 846 |

INFORMATION

The defendant having waived in open court prosecution by indictment, the United States Attorney for the District of New Jersey charges:

From at least as early as January 16, 2010 through on or about March 3, 2010, in Union County, in the District of New Jersey and elsewhere, defendant

JOSE RAUL TORRES

did knowingly and intentionally conspire and agree with others to distribute and possess with intent to distribute 100 grams or more of heroin, a Schedule I controlled substance, contrary to Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B).

In violation of Title 21, United States Code, Section 846.

PAUL J. FISHMAN
United States Attorney