UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, | Hon. Faith S. Hochberg |
| Plaintiff, | Criminal No.: 2:10-cr-00545 (FSH) |
| v. | |
| JOSE TORRES, | NOTICE OF MOTION<br>TO ADJOURN DATE FOR SENTENCING |
| Defendant. | |

**SIRS/MADAMS**:

**PLEASE TAKE NOTICE** that upon the annexed Certification of Carl J. Herman, the defendant Jose Torres, by and through his Court appointed attorney, Carl J. Herman, petitions this Court to adjourn his sentencing date which is now scheduled for July 9, 2012 at 1:00 p.m.

DATED:     June 29, 2012

_____
CARL J. HERMAN, ESQ.
Attorney for Defendant, Jose Torres
443 Northfield Avenue
West Orange, New Jersey 07052
Bus.:  (973) 324-1011
Fax:   (973) 324-1133
cjherman@carlherman.com

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>v.<br><br>JOSE TORRES,<br>                    Defendant. | Hon. Faith S. Hochberg<br><br>Criminal No.: 2:10-cr-00545 (FSH)<br><br>**CERTIFICATION** |

I, CARL J. HERMAN, do hereby certify and say:

1. I am an attorney-at-law, admitted to practice before this Court and I have been assigned to represent the above-captioned defendant under the Criminal Justice Act.

2. This Certification is made in support of this motion to adjourn the sentencing date in this matter, which is now scheduled for July 9, 2012 at 1:00 p.m.

3. On June 6, 2012, at the request of the defendant, the undersigned moved this Court to set a sentencing date. In response to this motion the Court established July 9, 2012 at 1:00 p.m. as the date for sentencing in this matter.

4. Subsequent to this motion it has come to my attention that Mr. Torres desires to delay his sentencing pending further developments in his case (see letter of Jose Raul Torres, dated June 14, 2012, attached). The government consents to this request.

DATED:      June 29, 2012

                                              _____
                                              CARL J. HERMAN, ESQ.
                                              Attorney for Defendant, Jose Torres
                                              443 Northfield Avenue
                                              West Orange, New Jersey 07052
                                              Bus.:  (973) 324-1011
                                              Fax:   (973) 324-1133
                                              cjherman@carlherman.com

# EXHIBIT "A"

Jun 14, 2012

José Raúl Torres
# 231920
Hudson County Correctional
35 Hackensack Ave.
Kearny, N.J. 07032

Carl J. Herman
Attorney of Defense
443 Northfield Ave.
West Orange, N.J. 07052.

U.S vs José Raúl Torres
Case No.: 2:10-cr-00545

Dear Mr. Herman:

This letter is written in reference to my pending court date. I have reconsidered my decision to expedite my sentencing. Please forgive me for any inconvenience I may have caused, but I wish to postpone my sentencing until the circuntances surrounding this situation are completed. I give you authorization to cancel the sentencing hearing, and file continuence if necessary.

Thank you for your time, attention and assistence in this matter.

Sincerily,

José Raúl Torres

c.c.
José Raúl Torres.



From: José Raúl Torres
\#231920
H.C.C.C.
35 Hackensack Ave.
Kearny, N.J. 07032

✱ Legal Mail ✱

To: Carl. J. Herman
Attorney At Law
443 Northfield Ave.
West Orange, N.J. 07052

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, | Hon. Faith S. Hochberg |
| Plaintiff, | Criminal No.: 2:10-cr-00545 (FSH) |
| v. | **CERTIFICATE OF SERVICE** |
| JOSE TORRES, | |
| Defendant. | |

**CARL J. HERMAN, ESQ.**, by way of Certification in lieu of oath or affidavit, says:

1. I represent the above-referenced Defendant in the within matter.

2. On June 29, 2012, the Notice of Motion to Adjourn Date for Sentencing, my Certification and proposed Order was served upon the following individuals listed below via ECF:

> Honorable Faith S. Hochberg
> United States District Court
> Dr. Martin L. King, Jr. Federal Bldg. and Courthouse
> 50 Walnut Street
> Newark, New Jersey 07102
>
> David L. Foster, Assistant U.S. Attorney
> United States Department of Justice
> U. S. Attorney District of New Jersey
> 970 Broad Street
> Newark, New Jersey 07102
>
> David Sternberg, U.S. Probation Officer
> United States Probation Department
> 50 Walnut Street
> Newark, New Jersey 07102

3.  I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

DATED:   June 29, 2012

_____
CARL J. HERMAN
Attorney for Defendant