Jose R'aul Torres 231920
HCCC
35 Hackensack Ave
Kearny NJ 07032

**Andrew C. Carey, U.S. Attorney**
**Chief Narcotics/ OCDETF Unit**
**970 Broad St., Suite 700**
**Newark NJ 07102**

**Re: US v Jose R'aul Torres**
**DKT # 10-00545-001**

January 3, 2013


Greetings;

I am writing this letter to you requesting a meeting with me and my attorney at your earliest convenience. It is of pressing importance. Please set a date and notify me as well as my attorney Carl J. Herman.

Respectfully yours,
Jose R'aul Torres

CC/file:
    U.S. Judge, Faith S. Hochberg
    Carl J. Herman, Esq.